FILED

01/15/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0098

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0098

_____

IN RE THE MARRIAGE OF:

HANNAH HAN,

     Petitioner and Appellee,

  and

O R D E R

MAURICE DEGENNARO,

     Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 15 2025